IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR-99-131-01** |
| **v.** | : | |
| **JOHN STRINGER** | : | |

## **M E M O R A N D U M**

Before the court is a pro se motion by John Stringer entitled "Ex Parte Application For Early Termination of Supervised Release." On May 23, 2012, this court issued an order directing the supervising probation officer and the prosecuting assistant United States attorney submit to the court their positions with regard to Defendant's motion.

Counsel for the Government, William Behe, does not oppose the motion. The United States probation office for the Central District of California has replied that it is the policy of the Central District of California not to grant early termination of supervised release unless special circumstances exist and that Mr. Stringer has not demonstrated any specific hardship that would warrant early termination. That office, therefore, opposes early termination of supervised release for Mr. Stringer.

The Central District of California probation office does acknowledge, however, that Mr. Stringer has met all requirements contemplated for individuals on supervised release to be successful and reintegrate into the community as law-abiding citizens. Because of this, Mr. Stringer has been placed on a low level of supervision which drastically reduces his contact with the probation office.

Mr. Stringer was ordered to serve a three-year term of supervised release which began on December 18, 2009; his term of supervised release will expire on December 17, 2012. It is this court's belief that some consideration should be given to Mr. Stringer to further reward him for his commendable efforts during supervision. Therefore, his request will be granted in part. An appropriate order will be issued.

                                                  s/Sylvia H. Rambo
                                                  United States District Judge

Dated: June 13, 2012.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 1:CR-99-131-01**
:
**v.** :
:
**JOHN STRINGER** :

# **O R D E R**

AND NOW, this 13th day of June, 2012, **IT IS HEREBY ORDERED THAT:**

1) Defendant Stringer's motion for early termination of supervised release (doc. 273) is **GRANTED IN PART**.

2) Defendant Stringer's term of supervised release shall terminate on August 31, 2012, provided there are no violations of his supervised release prior thereto.

                                                        s/Sylvia H. Rambo
                                                        United States District Judge